**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-** |
| **v.** | : | **DATE FILED: _________, 2026** |
| **ERIC LEWIS** | : | **VIOLATIONS:**<br>**18 U.S.C. § 1951(a) (interference with interstate commerce by robbery – 1 count)**<br>**18 U.S.C. § 924(c)(1)(A)(iii) (using, carrying, and discharging a firearm during and in relation to a crime of violence – 1 count)**<br>**18 U.S.C. § 922(g)(1) (possession of a firearm and ammunition by a felon – 1 count)**<br>**18 U.S.C. § 924(*l*) (theft of a firearm that has moved in interstate commerce – 1 count)**<br>**18 U.S.C. § 922(j) (possession of a stolen firearm and stolen ammunition – 1 count)**<br>**Notice of forfeiture** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. The Philadelphia Police Department, headquartered at 400 N. Broad Street, Philadelphia, Pennsylvania, was an entity engaged in and affecting interstate commerce, by, among other transactions and activities, purchasing ammunition, firearms, and equipment used for its daily operations which were purchased and transported from other states to Pennsylvania.

2. On or about October 10, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ERIC LEWIS**

obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by robbery, in that defendant LEWIS unlawfully took and obtained a Glock, Model 17, semi-automatic pistol, bearing serial number BDKL486, loaded with eighteen live rounds of ammunition, belonging to the Philadelphia Police Department, from on-duty employees of that entity, against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future to their person and property, that is, by brandishing a firearm, shooting Police Officer Shane Seiber and Police Officer Hector Rodriguez with a firearm, and taking Philadelphia Police Department property from the person of Police Officer Hector Rodriguez.

In violation of Title 18, United States Code, Section 1951(a).

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 10, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ERIC LEWIS**

knowingly used and carried a firearm, that is, a Polymer 80, 9mm semi-automatic, privately-manufactured firearm ("ghost gun"), during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery which interferes with interstate commerce, in violation of Title 18, United States Code, Section 1951(a), as charged in Count One of this indictment, and that firearm was discharged.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 10, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ERIC LEWIS,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, that is, a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number BDKL486, loaded with eighteen live rounds of ammunition; ten live rounds of ammunition loaded inside a Polymer 80, 9mm semi-automatic, privately-manufactured firearm ("ghost gun"); and a Savage Arms, Stevens 311, 12 gauge, short-barreled shotgun, bearing serial number A621440, loaded with one live round of ammunition, and the firearms and ammunition were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT FOUR**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 10, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ERIC LEWIS**

knowingly and intentionally stole a firearm, that is, a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number BDKL486, loaded with eighteen live rounds of ammunition which had moved in interstate commerce.

In violation of Title 18, United States Code, Section 924(*l*).

**COUNT FIVE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 10, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ERIC LEWIS**

knowingly possessed a stolen firearm and stolen ammunition, that is, a Glock, Model 17, 9mm semi-automatic pistol, bearing serial number BDKL486, loaded with eighteen live rounds of ammunition, which had been shipped and transported in interstate commerce before it was stolen, knowing and having reasonable cause to believe the firearm and ammunition were stolen.

In violation of Title 18, United States Code, Section 922(j).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 1951(a) and 924(c), 922(g)(1), 924(*l*), and 922(j), set forth in this indictment, defendant

**ERIC LEWIS**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violations, including, but not limited to, the following:

1. a Glock, Model 17, semi-automatic pistol, bearing serial number BDKL486;
2. a Polymer 80, 9mm semi-automatic, privately-manufactured firearm ("ghost gun"), bearing no serial number;
3. a Savage Arms, Stevens 311, 12 gauge, short-barreled shotgun, bearing serial number A621440; and
4. twenty-nine live rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

[redacted]

Salvatore L. Astolfi for
**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ERIC LEWIS

INDICTMENT

18 U.S.C. § 1951(a) (interference with interstate commerce by robbery - 1 count)
18 U.S.C. § 924(c)(1)(A)(iii) (using, carrying, and discharging a firearm during and relation to a crime of violence - 1 count)
18 U.S.C. § 922(g)(1) (possession of a firearm and ammunition by a felon – 1 count)
18 U.S.C. § 924 (*l*) (theft of a firearm that has moved in interstate commerce – 1 count)
18 U.S.C. § 922(j) (possession of a stolen firearm and stolen ammunition– 1 count)
Notice of forfeiture

[redacted]

Filed in [redacted]
Of [redacted]

Bail, $___________