IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 26-532 |

ERIC LEWIS
USM: 03861-513
PPN: 972121
CFCF
7901 STATE ROAD
PHILADELPHIA, PA 19136

**NOTICE OF HEARING**

Take notice that the defendant is scheduled for a **Jury Trial** on **Friday, December 18, 2026,** at **10:00 a.m.** before the **Honorable Mia R. Perez** in **Courtroom 10-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding. The defendant is located at CFCF. Writ to be issued as necessary.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By: M. Harvey, Courtroom Deputy to J. Perez
Phone: (267) 299-7589
Date: November 2, 2026

| | |
|---|---|
| cc via U.S. Mail: | Defendant |
| cc via email: | Victor Abreu, Federal Defenders |
| | Brian Doherty, Assistant U.S. Attorney |
| | U.S. Marshal |
| | Court Security |
| | Probation Office |
| | Pretrial Services |
| | Interpreter Coordinator |

crnotice (July 2021)