**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| | : | **NO. 26-532** |
| **ERIC LEWIS** | : | |

## ORDER

**AND NOW,** this 3rd day of November, 2026, it is hereby **ORDERED** as follows:

1. A Scheduling Conference will be held on **Wednesday, November 18, 2026, at 11:00 a.m.** in Chambers Room 10613. Counsel is to be prepared to discuss potential pretrial motions, anticipated timelines, and any other relevant issue.
2. The presence of the defendant at this conference is not required. Should the defendant choose to waive his presence for the purposes of the scheduling conference, counsel for defendant shall inform the court of that choice via email to **Perez_Chambers@paed.uscourts.gov** no later than **5:00 p.m. on Monday, November 9, 2026.**

BY THE COURT:

Hon. Mia R. Perez